Jerryl Robinson #1939741            *        Court of Appeals

#1939741 Pro-se-Petitioner          *    In the Third Judicial District of Texas

                    Vs                           At Austin Texas

The State of Texas                   X

                                     X

                                     *     # 03-14-00____ RECEIVED IN
                                     *           COURT OF CRIMINAL APPEALS
                                     *
                                     *              AUG 07 2015
                                     *
                                     *              Abel Acosta, Clerk
                                     *

Motion For Extended Time to Prepare    **FILED IN**
Petition For Discretionary Review      **COURT OF CRIMINAL APPEALS**

                                              AUG 13 2015

To the Honorable Court of Appeals:             Abel Acosta, Clerk

    Now comes the petitioner, Jerryl Robinson in the Above styled cause
Asking the Honorable Court for 20 Extra Days to Prepare his Petition
for Discretionary Review. I am in the process of Asking my Attorney
to make copies of the trial records to help me Prepare. This
way I won't be Restricted to only Court of Appeal opinion.

                                    Respectfully Submitted,

                                    Jerryl D. R____

                                    Jerryl Darwin Robinson #1939741

## Certificate of Service

The undersigned certifies that a true correct copy of this foregoing instrument for Motion for Extra 20 days extention of Time has been sent to the court of criminal Appeals in Austin Texas.

Supreme Court Bldg
201 W 10th St. Rm.106
PoBox 12308 Austin Texas 78701

Signed this day 3 of August 2015

JERRY DARWIN Robinson
#1939741 CASE # 03-14-00407-CR